# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Wednesday, October 31, 2018

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Raymond A. Jackson, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Janet Collins, OCR

| Set: 10:00 a.m. | Started: 10:10 a.m. | Ended: 11:20 a.m. |
|---|---|---|

Case No. 4:18cr23(01)

**United States of America**

v.

**Byron Hale Delavan**

AUSA's Brian Samuels and Howard Zlotnick appeared on behalf of the Govt.

Trey Kelleter, Ret. appeared with Byron Hale Delavan, on bond.

Matter came on for Hearing re: #57 Motion to Inquire into Potential Conflict of Interest.

Comments of the Court.

Witnesses excluded.

Counsel answered inquiries of the Court.

Govt. presented evidence – witnesses sworn and testified. (see page 2)

Court FINDS Attorney Trey Kelleter represented the witness and FINDS that there is a conflict and DIRECTS Mr. Kelleter to withdraw.

Mr. Delavan is DIRECTED to notify the Court, of status of counsel, within 10 days of entry of the order.

Court to issue a short order followed by a memorandum opinion and order.

Deft continued on bond.

(continued on page 2)

| Case No. 4:18cr23 USA v. Byron Hale Delavan | | Continuation... - Page 2 - |
|---|---|---|
| **Government Witness:** | | |
| 1. Michael McMahon, FBI | | |
| 2. Missy Andrews | | |