UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.  Criminal No.: 4:18cr23

BYRON HALE DELAVAN

## NOTICE OF APPEAL

Defendant BYRON HALE DELAVAN hereby appeals to the United States Court of Appeals for the Fourth Circuit his conviction and sentence in the above-styled matter.

_____/s/_____
Robert L. Jenkins, Jr.
Bynum & Jenkins
Virginia State Bar No.:  39161
1010 Cameron Street
Alexandria, VA  22314
Telephone 703 309 0899
Fax 703 549 7701
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant BYRON HALE DELAVAN

## CERTIFICATE

I hereby certify that I caused a true copy to be served on all counsel of record via ECF on this July 22, 2019.

Respectfully Submitted,
By Counsel

_____/s/_____
Robert L. Jenkins, Jr.
Bynum & Jenkins
Virginia State Bar No.:  39161
1010 Cameron Street
Alexandria, VA  22314
Telephone 703 309 0899
Fax 703 549 7701
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant BYRON HALE DELAVAN